MELINDA HAAG (CA Bar No. 132612)
United States Attorney
JOANN M. SWANSON, (CA Bar No. 88143)
Chief, Civil Division
SARA WINSLOW (DC Bar No. 457643)
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6925
   Facsimile:  (415) 436-6748
   sara.winslow@usdoj.gov
Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| NILEX CORPORATION, on behalf of itself and the UNITED STATES,<br><br>    Plaintiff,<br><br>v.<br><br>DGI-MENARD INC.; SETH PEARLMAN; ROGER BLOOMFIELD; and RICHARD ALLEN HAMMERS,<br><br>    Defendants. | No. C 09-3723-CW<br><br>**STIPULATION OF UNITED STATES AND RELATOR TO CONTINUE CASE MANAGEMENT CONFERENCE ORDER** |

    The United States of America and Nilex Corporation, as Relator, through their undersigned counsel of record, hereby stipulate and request that the Court continue the case management conference in the above-captioned case by two weeks, until November 30, 2010.

    1. This case was filed pursuant to the *qui tam* provisions of the False Claims Act, 31 U.S.C. §§3729-33. Under those provisions, the Relator filed this case under seal and served the United States but not the Defendants. On October 18, 2010, the United States filed its notice of election to intervene in the case. Relator and the United States are the only parties to have appeared.

    2. The parties have settled this case, and the settlement agreement was fully executed on or about November 3, 2010. Pursuant to the settlement agreement, Defendants' payment will be due on or about November 15, 2010. Once payment receipt is confirmed, the United States and Relator will dismiss the action with prejudice.

STIPULATION TO CONTINUE CMC
C-09-3723-CW

3. A case management conference is currently scheduled for November 16, 2010. Due to the timing of the settlement payment, it is likely that the dismissal stipulation will not be filed until shortly after November 16. Accordingly, we request that the case management conference be continued two weeks, until November 30, 2010, to ensure that the United States and Relator have time to confirm receipt of Defendants' settlement payment, and then file a stipulation to dismiss the case and vacate the case management conference at least one week before the scheduled date.

IT IS SO STIPULATED.

Date: November 9, 2010                    Respectfully submitted,

                                          MELINDA HAAG
                                          United States Attorney

                                   By:    ____/s/ signature on file__
                                          SARA WINSLOW
                                          Assistant United States Attorney
                                          Attorneys for the United States of America

Date: November 8, 2010                    ROGERS JOSEPH O'DONNELL

                                   By:    _/s/ signature on file_____
                                          AARON P. SIMBERMAN
                                          Attorneys for NIlex Corporation

## **ORDER**

Pursuant to stipulation IT IS SO ORDERED. The case management conference is continued to November 30, 2010 at 2:00 p.m.

Dated: _____**11/12/2010**_____        _Claudia Wilken_____
                                               HONORABLE CLAUDIA WILKEN
                                               United States District Judge