MELINDA HAAG (CA Bar No. 132612)
United States Attorney
JOANN M. SWANSON, (CA Bar No. 88143)
Chief, Civil Division
SARA WINSLOW (DC Bar No. 457643)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6925
    Facsimile:  (415) 436-6748
    sara.winslow@usdoj.gov
Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| NILEX CORPORATION, on behalf of itself and the UNITED STATES, | No. C 09-3723-CW |
| Plaintiff, | **STIPULATION OF DISMISSAL; ORDER** |
| v. | |
| DGI-MENARD INC.; SETH PEARLMAN; ROGER BLOOMFIELD; and RICHARD ALLEN HAMMERS, | |
| Defendants. | |

    1. Under Fed. R. Civ. P. 41(a)(1), the United States of America and Plaintiff-Relator Nilex Corporation hereby stipulate to the dismissal of this action with prejudice, pursuant to the terms and conditions of the Settlement Agreement effective November 3, 2010.

    2. No answer has been served or filed, and no parties other than the United States and the Relator have appeared in this action.

    3. A case management conference is currently scheduled for November 30, 2010.  In light of the settlement and dismissal, we ask that the case management conference be vacated.

    IT IS SO STIPULATED.

//

//

//

STIPULATION OF DISMISSAL
C-09-3723-CW

| | | |
|---|---|---|
| Date: November 15, 2010 | | Respectfully submitted, |
| | | MELINDA HAAG<br>United States Attorney |
| | By: | */s/ signature on file*<br>SARA WINSLOW<br>Assistant United States Attorney<br>Attorneys for the United States of America |
| Date: November 15, 2010 | | ROGERS JOSEPH O'DONNELL |
| | By: | */s/ signature on file*<br>AARON P. SILBERMAN<br>Attorneys for Nlex Corporation |

### **ORDER**

Pursuant to stipulation IT IS HEREBY ORDERED:

1. This action is dismissed with prejudice.

2. The case management conference scheduled for November 30, 2010 is vacated.

IT IS SO ORDERED.

Dated: __11/17/2010_____     _____
HONORABLE CLAUDIA WILKEN
United States District Judge